# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Jonathan A. Call, | : | Case No. 3:05CV0158 |
| | : | |
| Petitioner | : | Judge Dan A. Polster |
| | : | |
| v. | : | Magistrate Judge David S. Perelman |
| | : | |
| Robert Jeffries, Warden, | : | **MEMORANDUM OPINION** |
| | : | **AND ORDER** |
| Respondent | : | |

Petitioner has filed an "Ex-Parte Motion To Supeona [sic] Stenographer's Record, Including The Transcripts And Cryptographic Dictations" (Doc. #9).

This Court does not accept ex parte motions.

Therefore, the motion will be denied, without prejudice to renewal if and when served upon respondent's counsel.[1]

If petitioner chooses to do so he need not resubmit the present pleading. A certificate of service documenting that the motion as tendered was served upon respondent's counsel will suffice.

**IT IS SO ORDERED**

s/DAVID S. PERELMAN
United States Magistrate Judge

DATE:   January 20, 2006

---

[1] If this is done this Court expects a timely response to be filed.