UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jonathan A. Call, | : | Case No. 3:05CV0158 |
| | : | |
| Plaintiff | : | Judge Dan A. Polster |
| | : | |
| v. | : | Magistrate Judge David S. Perelman |
| | : | |
| Rob Jeffries, Warden, | : | **MEMORANDUM OPINION** |
| | : | **AND ORDER** |
| Defendant | : | |

Upon examination of the file in this action in habeas corpus it appears that no response has been filed on behalf of the respondent.

This Court, therefore, communicated with the appropriate division of the Attorney General's office, and was advised that they do not have a copy of the petition. Whether the breakdown resulting in this occurred with this Court or with the Attorney General is unknown.

This Court, therefore, directs that another copy of the petition be forwarded directly to Ms. Diane Mallory at the Attorney General's Office, and extends the period for the filing of a response to March 17, 2006.

**IT IS SO ORDERED**

s/DAVID S. PERELMAN
United States Magistrate Judge

DATE: January 26, 2006