**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Jonathan A. Call, | : | Case No. 3:05CV0158 |
| Petitioner | : | Judge Dan Polster |
| v. | : | Magistrate Judge David S. Perelman |
| Rob Jeffries, Warden, | : | **MEMORANDUM OPINION** |
| | : | **AND ORDER** |
| Respondent | : | |

This Court received from the petitioner a "Notice of Lack of Receiving Any Court Orders/or Rulings" in which he states that he had not received anything from the court since the inception of this action.

In response thereto this Court had inquiry made of the officer in charge of the mailroom at Marion, and was informed that the log does not reflect receipt of legal mail for the petitioner on dates corresponding to issuance of rulings by this Court, although this Court's deputy clerk has assured this Court that copies were mailed whenever a ruling issued.

In light of this, this Court is forwarding copies of rulings entered January 20, 2006 (Doc. #10), January 26, 2006 (Doc. #11), August 22, 2006 (Doc. #21), and September 18, 2006 (Doc. #23) with this ruling.

Petitioner has also filed a motion for leave to conduct discovery/and-or appointment of counsel (with attachments) (Doc. #28). That motion is denied.

The lack of delivery of the documents in question would have no impact upon petitioner's

ability to respond to the return of writ, which was filed on July 11, 2006.

Petitioner's time to make such a response having lapsed months ago, this Court is today filing a Report and Recommended Decision, which was being prepared at the time petitioner's recent submissions were received, and a copy thereof is being sent to petitioner along with this ruling.

**IT IS SO ORDERED.**

s/DAVID S. PERELMAN
United States Magistrate Judge

DATE:   November 27, 2006