

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JONATHAN A. CALL, | Case No. 3:05-cv-158 |
| Petitioner, | Judge Dan Aaron Polster |
| vs. | **MEMORANDUM OF OPINION AND ORDER** |
| ROB JEFFRIES, Warden | |
| Respondent. | |

Before the Court is the Report and Recommendation of Magistrate Judge David S. Perelman, issued on November 27, 2006 ("R & R") **(ECF. No. 30.)** Petitioner Jonathan A. Call has filed a 28 U.S.C. § 2254 petition for writ of habeas corpus challenging the constitutionality of his convictions for aggravated arson. The petition alleges fourteen grounds for relief, primarily confrontation clause, due process, fair trial, equal protection, double jeopardy, and ineffective assistance of counsel (trial and appellate) arguments.

Pursuant to a wholly comprehensive and thorough analysis of Petitioner's myriad claims, the Magistrate Judge's R & R recommends that Petitioner's first, fourth, sixth through eleventh and thirteenth claims for relief be dismissed as procedurally defaulted; that the remaining portion of his first, and his second, third, fifth, twelfth, and fourteenth claims for relief be denied on the merits; and that the petition be dismissed

without further proceedings. (ECF No. 30.) Petitioner filed a document styled Objections to Magistrate's Report and Recommendation on December 22, 2006. (ECF No. 36.) In nearly 60 rambling pages, however, Petitioner does not show why the Magistrate Judge's conclusions are not correct.

Accordingly, the Court hereby **OVERRULES** Petitioner's objections, and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 30) in full. Consequently, the underlying petition for writ of habeas corpus is **DENIED**.

**IT IS SO ORDERED.**

**Dan Aaron Polster**
**United States District Judge**